UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rebecca Amy Stasko**  Docket No. 5:21-CR-144-1M
  5:21-CR-145-1M

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rebecca Amy Stasko, who, upon an earlier plea of guilty to four counts of Bank Robbery, was sentenced by the Honorable N. Carlton Tilley, Jr., U.S. District Judge in the Middle District of North Carolina, on August 17, 2017, to the custody of the Bureau of Prisons for a term of 39 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rebecca Amy Stasko was released from custody on September 23, 2020, at which time the term of supervised release commenced.

On March 12, 2021, the court was notified of the defendant testing positive for the use of marijuana. Stasko's supervision was continued without modification.

On March 24, 2021, jurisdiction in this case was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 28, 2021, and May 6, 2021, Stasko submitted urine specimens which returned positive for the use of marijuana. The defendant is currently participating in our district's Surprise Urinalysis Program, and she was recommended for individual treatment sessions through First Step Services, Raleigh, North Carolina. This officer has encouraged the defendant to fully participate in available treatment to gain abstinence skills for combatting her continued illegal drug abuse. To address this recent non-compliant behavior, and to motivate Stasko's consideration of better life decisions, we are recommending the defendant participate in a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: May 27, 2021

**ORDER OF THE COURT**

Considered and ordered this 27th day of May, 2021, and ordered filed and made a part of the records in the above case.

_____
Richard E. Myers II
Chief U.S. District Judge